UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANGER LEONER SANCHEZ ALFONSO,

Defendant.

CASE NO. MJ26-103

**DETENTION ORDER**

Defendant is charged in the Southern District of New York with racketeering conspiracy, sex trafficking conspiracy, alien importation and harboring for immoral purposes, and sex trafficking by force, fraud, or coercion. Defendant requested the issue of detention be reserved for presentation to the Southern District of New York and agreed to be detained until he appears in that district.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 1

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of February, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2